UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE LEE PEARSON,
Inmate No. 197922,
    Plaintiff,

vs.                                                  Case No.: 3:20cv6010/LAC/EMT

CENTORION COMPANY, et al.,
    Defendants.
                               /

## REPORT AND RECOMMENDATION

This matter is before the court upon referral from the clerk. Plaintiff, an inmate proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). Plaintiff failed to either pay the filing fee or submit a properly completed motion to proceed in forma pauperis (IFP) with the required supporting documentation. The undersigned directed the clerk of court to forward Plaintiff a complete set of forms needed for filing an IFP motion and allowed Plaintiff thirty days in which to either pay the filing fee or submit a fully and properly completed IFP motion (ECF No. 5).

Plaintiff failed to comply within the time allowed. The undersigned thus entered an order on February 4, 2021, directing Plaintiff to show cause within thirty days why the case should not be dismissed for failure to comply with an order of the

Case No.: 3:20cv6010/LAC/EMT

court (ECF No. 6). Shortly after the clerk of court docketed the show cause order and forwarded a copy to Plaintiff at the facility at which Plaintiff was incarcerated at the time he instituted this action, the Reception and Medical Center (RMC), Plaintiff notified the court that he had "move[d] back to the current address" but needed a copy of his "pled forms and forma pauperis [sic]" because "while at R.M.C., they played games throwing away all [his] paperwork" (ECF No. 7 at 1). The return address on the envelope in which the notice was mailed was that of Santa Rosa Correctional Institution (SRCI), to which Plaintiff presumably had been transferred (*id.* at 2).

On March 25, 2021 (*see* ECF No. 8), the court directed the clerk of court to send a complete set of forms needed to file a motion to proceed IFP to Plaintiff at his current address of record, along with a copy of the order of December 30, 2020, directing Plaintiff to either pay the filing fee or file a fully and properly completed IFP motion (ECF No. 5), and the February 4, 2021, show cause order (ECF No. 6). The court allowed Plaintiff thirty days in which to either pay the filing fee or submit a fully and properly completed IFP motion (ECF No. 8 at 3). Again, the undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed (*id.* at 3). The time for compliance

with the order has now elapsed, and Plaintiff has failed to pay the filing fee or submit an IFP motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 14th day of September 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**